```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES,                                                          :
                                                                        :
        -v-                                                             :
                                                                        :       20-cr-228 (LJL)
BAKER, ET AL.,                                                          :
                                                                        :       ORDER
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020

LEWIS J. LIMAN, United States District Judge:

      Defendants have moved to inspect the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels. (*See* Dkt. No. 20.) In response and prior to taking a position on the defendant's motion, the Government has asked to speak with Linda Thomas, the Jury Administrator in the Southern District of New York, to determine the existence and nature of the documents the Defendant seeks to access. (*See* Dkt. No. 22.) Defense counsel has requested to be present at any such conversation between the Government and the Jury Administrator (*see* Dkt. No. 23), which request the Government opposes (*see* Dkt. No. 24).

      IT IS HEREBY ORDERED that the Government is permitted to speak with Ms. Thomas, and that counsel for each defendant is entitled to be present for the conversation. The Court understands that similar requests have been made in other cases, including *United States v. Balde*, 20-cr-281(KBF), *United States v. Henry*, 20-cr-293 (LJL), and *United States v. Williams*, 20-cr-286(WHP), and that a conference between the Government and Ms. Thomas for a similar purpose, in *United States v. Balde*, 20-cr-281(KBF), is scheduled to take place telephonically on June 30, 2020 at 11:00 a.m. Accordingly, and for the convenience of the Jury Administrator, it is ORDERED that the conference with the Jury Administrator in this case shall be coordinated with the conference with the Jury Administrator in *United States v. Balde*, 20-cr-281(KBF), and shall take place on the same date and at the same time as the conference in that case, so that only a single meeting will take place with a representative or representatives from the Government and counsel for the defendants. The parties may consult the docket in *United States v. Balde*, 20-cr-281(KBF), for information about dial-in information for that conference.

      Any party objecting to this procedure shall inform the Court by letter filed on ECF within two days of the date of this Order.

      IT IS FURTHER ORDERED that the Government's deadline to respond to the Defendant's motion at Dkt. No. 20 is extended so that the Government shall respond within one week of the above-referenced conference.

      SO ORDERED.

Dated: June 16, 2020
      New York, New York
                                                LEWIS J. LIMAN
                                          United States District Judge