UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
:
:
:
       -v-                                                             :       20-cr-288 (LJL)
:
THOMAS BAKER, et al.                                                   :       ORDER
:
                       Defendant.                                      :
:
-----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/19/2020
```

LEWIS J. LIMAN, United States District Judge:

      The conference with the Jury Administrator previously scheduled to take place telephonically on June 30, 2020 at 11:00 a.m. will now take place on the same date at 2:00 p.m. The dial-in information remains as follows: the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*".

      SO ORDERED.

Dated: June 19, 2020                    _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge