LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

October 26, 2021

**BY ECF**

> REQUEST GRANTED.
> The Sentencing hearing previously set for October 29, 2021 is rescheduled to November 30, 2021 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 10/26/2021  SO ORDERED.
> *LEWIS J. LIMAN*
> *United States District Judge*

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Thomas Baker
             20 Cr. 288 (LJL)

Dear Judge Liman:

    I am counsel for Defendant Thomas Baker. Mr. Baker is scheduled to be sentenced on October 29, 2021. I write to respectfully request that the sentencing in this matter be adjourned for thirty days and that the dates for sentencing submissions be adjusted to allow for supplemental materials to the submission previously filed on Mr. Baker's behalf. There have been no prior requests for adjournments and the Government consents to it.

    I seek the adjournment at the express request of my client, who emailed me last night. Mr. Baker informed me that his being in lockdown for the past month resulted in his inability to complete and send me his own letter to the Court in connection with his sentencing. Further, although I have spoken with Mr. Baker's family members, I had not yet received letters from them prior to the time I was required to file my sentencing submission. Finally, Mr. Baker wishes to meet with me to discuss his upcoming sentencing.

    I thank the Court for its consideration of this request.

    Respectfully submitted,

    Scott B. Tulman

SBT:ss
cc: Mathew Andrews, Esq., AUSA