## LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

November 29, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Thomas Baker
      20 Cr. 288 (LJL)

Dear Judge Liman:

> REQUEST GRANTED.
> The Sentencing hearing previously set for November 30, 2021 is rescheduled to December 21, 2021 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. Defendant's supplemental submission to be made one week before sentencing.
>
> 11/29/2021   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

I am counsel for Defendant Thomas Baker. Mr. Baker is scheduled to be sentenced on November 30, 2021. I write to respectfully request that the sentencing in this matter be adjourned to December 21 or December 22, 2021, and that the dates for sentencing submissions be adjusted to allow for my client to submit his own letter to the Court. There has been one prior requests for an adjournment of sentencing.

I seek the adjournment at the express request of my client, who emailed me this morning to inform me I will soon be receiving the letter he wishes to submit to the Court in connection with his sentencing. The Government has no objection.

I thank the Court for its consideration of this request, and apologize for this untimely request.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Mathew Andrews, Esq., AUSA