LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

December 16, 2021

**BY ECF**

> REQUEST GRANTED.
> The Sentencing Hearing previously set for December 21, 2021 is rescheduled to February 2, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. No further adjournments will be granted.
>
> 12/17/2021  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Thomas Baker
      20 Cr. 288 (LJL)

Dear Judge Liman:

I am counsel for Defendant Thomas Baker. Mr. Baker is scheduled to be sentenced on December 21, 2021. I write to respectfully request that the sentencing in this matter be adjourned to a date in late January or early February 2022, and that the dates for sentencing submissions be adjusted to allow for supplemental materials to the submission previously filed on Mr. Baker's behalf. There has been one prior request for an adjournment of sentencing. The Government consents to this adjournment.

I seek the adjournment at the express request of my client, who emailed me last night. Mr. Baker informed me that he had sent me a sentencing letter just before Thanksgiving but my office to date has not received it. Mr. Baker wants to write a new letter to the Court on his own behalf, but that letter will not be received by me prior to the current date scheduled for sentencing. Further, although I have spoken with Mr. Baker's family members, I have not yet received letters from them. I seek a date in late January or early February 2022, because I will be actually engaged beginning January 4, 2022, for approximately two and one-half weeks.

I thank the Court for its consideration of this request.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc:  Mathew Andrews, Esq., AUSA